ACCEPTED
03-14-00673-CR
4430481
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/9/2015 9:06:00 PM
JEFFREY D. KYLE
CLERK

## IN THE THIRD COURT OF APPEALS
## AT AUSTIN, TEXAS

CHRISTOPHER ANTHONY
GEORGE,
       **Appellant**

§
§
§
§

V.

§
§
§
§
§

THE STATE OF TEXAS,
       **Appellee**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/9/2015 9:06:00 PM
JEFFREY D. KYLE
Clerk

**CAUSE NO. 03-14-00673-CR**

**TRIAL COURT NO. 72,519**

### MOTION FOR LEAVE TO FILE LATE BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

**NOW COMES** CHRISTOPHER ANTHONY GEORGE, Appellant in the above styled and numbered cause, by and through Counsel, and moves this Court to grant his motion for leave to file a late appellant's brief, pursuant to **Rule 38.6(d)** of the **Texas Rules of Appellate Procedure**, and for good cause shows the following:

1. This case is on appeal from the 264th District Court in Bell County, Texas.

2. The case below is styled *The State of Texas v. Christopher Anthony George* and numbered 72,519.

3. Appellant was convicted of unlawful possession of a firearm by a felon.

1

4.  Appellant was assessed a sentence of 18 years' imprisonment in the Institutional Division-Texas Department of Criminal Justice on October 9, 2014.

5.  Notice of appeal was given on October 17, 2014.

6.  The Clerk's and Reporter's records were filed on November 5, 2015 and December 30, 2015, respectively.

7.  The Appellant's brief was due on February 4, 2015.

8.  Appellant requests leave to file a late brief.

9.  No previous request for extension to file the brief was filed in this cause.

10.  Appellant is currently incarcerated.

Appellant relies on the following facts as good cause for the requested extension:  Counsel mistakenly believed she had filed appellant's brief on January 26, 2015 before the Court brought it to her attention on March 9, 2015 that the brief had not in fact been filed.  The inadvertent mistake was entirely Counsel's.  She would therefore request leave to file a late brief to comply with this Court's scheduling order.  The filing of appellant's brief is pending before the Court, as Counsel has re-filed the brief this date contemporaneously with the filing of this motion.

**WHEREFORE,** Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

**COPELAND LAW FIRM**
P.O. Box 399
Cedar Park, TX 78613
Tel: 512-897-8126
Fax: 512-215-8114
Email: ecopeland63@yahoo.com

By: /s/Erika Copeland
Erika Copeland
State Bar No. 16075250
Attorney for Appellant

## CERTIFICATE OF SERVICE, OF COMPLIANCE WITH RULE 9 and of CONFERENCE WITH ALL OTHER PARIES

This is to certify that on March 9, 2015, a true and correct copy of the above and foregoing document was served on Bob Odom, Assistant District Attorney of Bell County, P.O. Box 540, Belton, Texas 76513, in accordance with the *Texas Rules of Appellate Procedure*, AND that this motion is in compliance with Rule 9 of the *Texas Rules of Appellate Procedure* and that portion which must be included under Rule 9.4(i)(1) contains 501 words, AND that filing party conferred with all other parties about the merits of this motion and that none opposed the motion.

/s/ Erika Copeland
Erika Copeland